IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FREDERICK D. SHANNON                                                                    PLAINTIFF

v.                                                                                    No. 1:21CV27-GHD-JMV

LEE COUNTY                                                                              DEFENDANT

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On February 25, 2021, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, as the court recently received mail returned from the most recent address the plaintiff provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 25th day of May, 2021.

_____
SENIOR JUDGE